# Court of Appeals
# of the State of Georgia

ATLANTA,__May 22, 2019_____

*The Court of Appeals hereby passes the following order:*

## A19A2051. DAIJUAN TAIKAIN TAYLOR v. THE STATE.

Daijuan Taylor filed a pro se direct appeal from a trial court order addressing the State's pre-trial request to introduce evidence pursuant to OCGA § 24-4-404 (b). However, we lack jurisdiction.

Generally, an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the trial court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court. *Thomas v. Douglas County*, 217 Ga. App. 520, 522 (1) (457 SE2d 835) (1995). Here, the trial court's evidentiary ruling is not final and Taylor's criminal case remains pending below. Taylor, therefore, was required to follow the interlocutory appeal procedures in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review. See, e.g., *Jackson v. State*, 342 Ga. App. 689 (805 SE2d 457) (2017). His failure to do so deprives us of jurisdiction over this matter.

Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__05/22/2019_____*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.